Filing # 37570267 E-Filed 02/09/2016 10:33:35 AM

## IN THE COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
## IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA

| | |
|---|---|
| HEIDI BAKER, | CASE NO.: 16-CC-004350 |
| | Division: I |
| Plaintiff, | |
| vs. | |
| SYNCHRONY FINANCIAL, | DEMAND FOR JURY TRIAL |
| Defendant. | |
| _____/ | |

### COMPLAINT

COMES NOW, Plaintiff, HEIDI BAKER (hereafter "Plaintiff"), by and through undersigned counsel, and hereby sues Defendant, SYNCHRONY FINANCIAL, (hereafter "Defendant"), and states as follows:

### PRELIMINARY STATEMENT

This action arises out of Defendant's violations of the Florida Consumer Collection Practices Act, Florida Statute §§ 559.55 *et seq.* (hereafter the "FCCPA") and the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 *et seq.* (hereafter the "TCPA").

### GENERAL ALLEGATIONS

1. Plaintiff is an individual residing in HILLSBOROUGH County, Florida.

2. This is an action for damages greater than $5,000.00 but less than $15,000.00.

3. Defendant is a consumer financial services company with headquarters in Connecticut.

4. Defendant is a "Creditor", as defined by the FCCPA, Fla. Stat. § 559.55(5) and does business throughout the state of Florida, including HILLSBOROUGH County, Florida.

5. Defendant is a "person" subject to regulations under Fla. Stat. § 559.72 and 47 U.S.C. § 227(b)(1).

6. The debt is a "consumer debt" as defined by the FCCPA, Fla. Stat. §559.55(6).

## FACTUAL ALLEGATIONS

7. It is alleged by Defendant that Plaintiff owes a debt to Defendant relating to a Synchrony Financial Care Credit Account, Account No. ending in - 7408.

8. Plaintiff revoked any prior express consent to contact Plaintiff via cell phone or any other form of communication on July 15, 2015 at 3:49 P.M., through a facsimile transmission to Defendant's facsimile no. (866) 260-0767. See facsimile confirmation attached as Exhibit "A."

9. Plaintiff's cellular telephone number ends in - 5659.

10. Defendant knowingly or willfully called Plaintiff's cellular telephone after Defendant had unequivocal notice from Plaintiff to cease any and all calls.

11. Defendant knowingly or willfully called Plaintiff's cellular telephone after Defendant had unequivocal notice that Plaintiff was represented by an attorney and could readily ascertain the Firm's contact information.

12. Defendant used an automatic telephone dialing system or an artificial or prerecorded voice to place telephone calls to Plaintiff's cellular telephone on the following dates and times listed on the call logs of Plaintiff attached as Exhibit "B."

13. Plaintiff's attorney did not fail to respond within a reasonable period of time to any communication from Defendant, did not consent to Defendant's direct communication with Plaintiff, and Plaintiff did not initiate any communications.

14. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C. § 227 (b)(1)(A).

15. None of Defendant's telephone calls placed to Plaintiff were made with Plaintiff's "prior express consent" as specified in 47 U.S.C. § 227 (b)(1)(A).

16. All conditions precedent to the filing of this lawsuit have been performed or have occurred.

## COUNT I
## VIOLATION OF THE FCCPA, FLA. STAT. § 559.72(7)

17. Plaintiff incorporates all allegations in the previous paragraphs as if stated fully herein.

18. Jurisdiction is proper pursuant to Florida Statute § 559.77(1).

19. Defendant violated Florida Statute § 559.72(7) when it willfully communicated with the Plaintiff with such frequency as can reasonably be expected to abuse or harass Plaintiff.

20. Specifically, Defendant continued to make numerous telephone calls to Plaintiff's cellular telephone after being notified to no longer call Plaintiff through any means.

**WHEREFORE**, Plaintiff, HEIDI BAKER, demands judgment against Defendant, SYNCHRONY FINANCIAL, for the following relief:

    a. any actual damages sustained by Plaintiff as a result of the above allegations;

    b. additional statutory damages pursuant to Florida Statute § 559.77(2) in the amount of $1,000.00;

    c. pursuant to §559.77(2), any specific or injunctive relief necessary to make Plaintiff whole;

    d. in the case of a successful action sustaining the liability of Defendant, pursuant to the FCCPA, Fla. Stat. § 559.77(2), costs of the action, together with reasonable attorney's fees incurred by Plaintiff; and

e. any other relief the Court deems just and proper.

## COUNT II
## VIOLATION OF THE FCCPA, FLA. STAT. § 559.72(18)

21. Plaintiff incorporates all allegations in the previous paragraphs as if stated fully herein.

22. Jurisdiction is proper pursuant to Florida Statute § 559.77(1).

23. Defendant violated the FCCPA, Fla. Stat. § 559.72(18), when it knowingly communicated with Plaintiff after it knew Plaintiff was represented by counsel and could reasonably ascertain the name and address of counsel.

24. Specifically, Defendant continued to place phone calls to Plaintiff's cellular telephone despite having actual knowledge that Plaintiff was represented by an attorney.

**WHEREFORE**, Plaintiff, HEIDI BAKER, demands judgment against Defendant, SYNCHRONY FINANCIAL, for the following relief:

a. any actual damages sustained by Plaintiff as a result of the above allegations;

b. additional statutory damages pursuant to Florida Statute § 559.77(2) in the amount of $1,000.00;

c. pursuant to §559.77(2), any specific or injunctive relief necessary to make Plaintiff whole;

d. in the case of a successful action sustaining the liability of Defendant, pursuant to the FCCPA, Fla. Stat. § 559.77(2), costs of the action, together with reasonable attorney's fees incurred by Plaintiff; and

e. any other relief the Court deems just and proper.

## COUNT III
## VIOLATION OF THE TCPA, 47 U.S.C. § 227(b)(1)(A)(iii)

25. Plaintiff incorporates all allegations in the previous paragraphs as if stated fully herein.

26. Jurisdiction is proper pursuant to 47 U.S.C. § 227(b)(3).

27. Defendant used an automatic telephone dialing system or an artificial or prerecorded voice as defined by 47 U.S.C. § 227(a)(1)(A)(iii) to make telephone calls to Plaintiff's cellular telephone.

28. Defendant independently violated 47 U.S.C. § 227(b)(1)(A)(iii) for each call that Defendant placed to Plaintiff's cellular telephone using an automatic telephone dialing system or an artificial or prerecorded voice.

29. The phone calls made by Defendant are considered willing and knowing violations of the TCPA, as Defendant is well aware of the TCPA and its prohibitions.

**WHEREFORE**, Plaintiff, HEIDI BAKER, demands judgment against Defendant, SYNCHRONY FINANCIAL, for the following relief:

    a. statutory damages pursuant to 47 U.S.C. § 227(b)(3)(B) in the amount of $500.00 for each of the independent violations occurring after July 15, 2015 at 3:49 P.M.;

    b. an increase in the amount of the award to an amount equal to three times the amount available pursuant to 47 U.S.C. § 227(b)(3)(B) where each of Defendant's independent violations were made willfully or knowingly; and

    c. any other relief the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as to all issues.

Dated this February 8, 2016

        Boss Law

        /s/ Christopher W. Boss
        **Christopher W. Boss, Esq.**
        Fla. Bar No.: 13183
        Service Email: cpservice@protectyourfuture.com
        9887 Fourth Street North, Suite 202
        St. Petersburg, Florida 33702
        Phone: (727) 471-0039
        Fax:   (888) 503-2182
        **Attorney for Plaintiff**

Exhibit "A"

# Send Result Report
## MFP

**KYOCERA**

TASKalfa 300ci
Firmware Version 2H7_2F00.013.006 2012.01.06      07/15/2015 15:54
[2J2_1000.024 001] [2H7_1100 002 003] [2H7_7000.013 006]

Job No.: 150951     Total Time: 0°01'26"     Page: 001

# Complete

Document:     doc20150715154803

---

July 15, 2015

*VIA FACSIMILE: 866-260-0767*

Synchrony Bank
170 West Election Rd. Suite 125
Draper, UT 84020

    RE:    Account #: [          ]7408

To Whom It May Concern:

Please be aware that I represent Heidi Baker in regards to the above referenced account. They hired me to look into possible loss mitigation efforts, including modification of the repayment plan, considering he has had issues in the past in paying in a timely fashion. Please do not contact my client on any of their mobile, cellular devices or phone numbers regarding the

---

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|-----|---------------|-------------|-------|------|--------|----------------|
| 001 | 07/15/15 15:49 | 18662600767 | 0°01'26" | FAX | OK | 200x100 Normal/On |

July 15, 2015

*VIA FACSIMILE: 866-260-0767*

Synchrony Bank
170 West Election Rd. Suite 125
Draper, UT 84020

      **RE:**    Account #: [REDACTED]7408

To Whom It May Concern:

Please be aware that I represent Heidi Baker in regards to the above referenced account. They hired me to look into possible loss mitigation efforts, including modification of the repayment plan, considering he has had issues in the past in paying in a timely fashion. Please do not contact my client on any of their mobile, cellular devices or phone numbers regarding the account. Rather, if you have any questions or concerns, please contact me at phone number (888) 783-4196, or send written correspondence to 9887 4th St. N., Suite 202, St. Petersburg, FL 33702.

Thank you for your attention.

                                                  Sincerely,

                                                  Christopher W. Boss, Esq.

Exhibit "B"

| # | DATE/TIME | NUMBER |
|---|---|---|
|  | CALL LOG OF HEIDI BAKER | |
| 1 | 7/17/15 AT 12:36 PM | 937-534-2092 |
| 2 | 7/17/15 AT 2:18 PM | 937-534-2092 |
| 3 | 7/17/2015 AT 4:37 PM | 937-534-2092 |
| 4 | 7/17/15 AT 7:16 PM | 937-534-2092 |
| 5 | 7/18/15 AT 8:31 AM | 937-534-2092 |
| 6 | 7/18/15 AT 10:46 AM | 937-534-2092 |
| 7 | 7/18/15 AT 1:41 PM | 937-534-2092 |
| 8 | 7/18/15 AT 4:07 PM | 937-534-2092 |
| 9 | 7/19/15 AT 11:14 AM | 937-534-2092 |
| 10 | 7/19/15 AT 1:32 PM | 937-534-2092 |
| 11 | 7/19/15 AT 3:55 PM | 937-534-2092 |
| 12 | 7/19/15 AT 5:29 PM | 937-534-2092 |
| 13 | 7/20/15 AT 8:18 AM | 937-534-2092 |
| 14 | 7/20/15 AT 12:53 PM | 937-534-2092 |
| 15 | 7/20/15 AT 3:00 PM | 937-534-2092 |