**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HEIDI BAKER,                                        CASE NO.: 8:16-cv-00645-EAK-JSS
    Plaintiff,

vs.

SYNCHRONY FINANCIAL,
    Defendant.
_____/

## NOTICE OF SETTLEMENT

**COME NOW**, Plaintiff, HEIDI BAKER, and Defendant, SYNCHRONY FINANCIAL, by and through their undersigned counsel, and pursuant to Local Rule 3.08(a), hereby file this Notice of Settlement and state that Plaintiff and Defendant have come to an amicable settlement agreement.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of filing to the following authorized CM/ECF filers:

**Jessica B. Reyes, Esq.**
Florida Bar No. 56894
Liebler, Gonzalez & Portuondo
Courthouse Tower – 25th Floor
44 West Flagler Street
Miami, FL 33130
Telephone No.: (305) 379-0400
Email: service@lgplaw.com

                                             **BOSS LAW**

                                             /s/ Christopher W. Boss
                                             Christopher W. Boss, Esq.
                                             Fla. Bar No.: 13183
                                             Service Email: CPservice@protectyourfuture.com
                                             9887 Fourth Street North, Suite 202
                                             St. Petersburg, Florida 33702
                                             Phone: (727) 471-0039
                                             Fax:    (888) 503-2182
                                             **Attorney for Plaintiff**